# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Katsas, Gregory G. | U.S. Court of Appeals for the D.C. Circuit | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable holdings are included in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Jones Day - defined benefit pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | February 1-3, 2019 | Orlando, FL | Speak at conference | Transportation, meals, lodging |
| 2. | Federalist Society | February 23-24, 2019 | Chicago, IL | Speak at law school | Transportation, meals, lodging |
| 3. | Federalist Society | February 25-26, 2019 | New York, NY | Speak at law school | Transportation, meals, lodging |
| 4. | Federalist Society | February 26-27, 2019 | New Haven, CT | Speak at law school | Transportation, meals, lodging |
| 5. | Federalist Society | March 19, 2019 | Charlottesville, VA | Speak at law school | Transportation, meals, lodging |
| 6. | Federalist Society | May 27-30, 2019 | Phoenix, AZ | Attend conference | Transportation, meals, lodging |
| 7. | Federalist Society | September 30-October 1, 2019 | South Bend, IN | Speak at law school | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Federalist Society | October 15-16, 2019 | Houston, TX | Speech | Transportation, meals, lodging |
| 9. | Federalist Society | November 20-22, 2019 | Cambridge, MA | Speak at law school | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Schwab Bank (cash) | A | Interest | L | T | | | | | |
| 3. United Trust (cash) | A | Interest | K | T | | | | | |
| 4. KS 529 Acct #1 (H) | | | | | | | | | |
| 5. Schwab Aggressive Growth Index Portfolio | | None | M | T | Sold (part) | 02/21/19 | M | | |
| 6. | | | | | Buy (add'l) | 05/13/19 | M | | |
| 7. Schwab 529 Money Market Portfolio | A | Dividend | | | Buy | 02/21/19 | M | | |
| 8. | | | | | Sold | 05/13/19 | M | | |
| 9. KS 529 Acct #2 (H) | | | | | | | | | |
| 10. Schwab Aggressive Growth Index Portfolio | | None | M | T | Sold (part) | 02/21/19 | M | | |
| 11. | | | | | Buy (add'l) | 05/13/19 | M | | |
| 12. Schwab 529 Money Market Portfolio | A | Dividend | | | Buy | 02/21/19 | M | | |
| 13. | | | | | Sold | 05/13/19 | M | | |
| 14. VA 529 Acct #3 (H) | | | | | | | | | |
| 15. 529 Virginia Prepay - tuition plan | | None | L | T | | | | | |
| 16. VA 529 Acct #4 (H) | | | | | | | | | |
| 17. Vanguard Total Stock Index Fund (VSMPX) | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  VA 529 Acct #5 (H) | | | | | | | | | |
| 19.  Vanguard Total Stock Index Fund (VSMPX) | | None | J | T | | | | | |
| 20.  Invesco Advisors Stable Value Portfolio | | None | J | T | | | | | |
| 21.  VA 529 Acct #6 (H) | | | | | | | | | |
| 22.  529 Virginia Prepay - tuition plan | | None | L | T | | | | | |
| 23.  VA 529 Acct #7 (H) | | | | | | | | | |
| 24.  Vanguard Total Stock Index Fund (VSMPX) | | None | J | T | | | | | |
| 25.  VA 529 Acct #8 (H) | | | | | | | | | |
| 26.  Vanguard Total Stock Index Fund (VSMPX) | | None | K | T | | | | | |
| 27.  Invesco Advisors Stable Value Portfolio | | None | J | T | | | | | |
| 28.  Brokerage Acct #1 (H) | | | | | | | | | |
| 29.  Fidelity Core Cash Account (cash) | C | Interest | N | T | | | | | |
| 30.  Gateway Fund Class Y (GTEYX) | D | Dividend | N | T | | | | | |
| 31.  Schwab Fundamental US Large Co Index (SFLNX) | E | Dividend | N | T | Buy (add'l) | 06/03/19 | L | | |
| 32.  iShares Core S&P ETF (IVV) | E | Dividend | P1 | T | Buy (add'l) | 05/13/19 | L | | |
| 33. | | | | | Buy (add'l) | 06/04/19 | K | | |
| 34. | | | | | Buy (add'l) | 06/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 36. | | | | | Buy<br>(add'l) | 06/04/19 | L | | |
| 37. iShares Russell 2000 ETF (IWM) | D | Dividend | N | T | Buy<br>(add'l) | 05/13/19 | L | | |
| 38. | | | | | Buy<br>(add'l) | 06/04/19 | L | | |
| 39. IRA #1 (H) | | | | | | | | | |
| 40. Schwab Bank Sweep Account (cash) | A | Interest | M | T | | | | | |
| 41. Charles Schwab US MC ETF (SCHM) | A | Dividend | K | T | Sold<br>(part) | 07/05/19 | K | D | |
| 42. Schwab US Broad Market ETF (SCHB) | B | Dividend | M | T | Sold<br>(part) | 09/13/19 | K | E | |
| 43. | | | | | Buy<br>(add'l) | 12/01/19 | L | | |
| 44. | | | | | Buy<br>(add'l) | 12/03/19 | K | | |
| 45. Schwab US Dividend Equity ETF (SCHD) | D | Dividend | N | T | Buy<br>(add'l) | 05/13/19 | L | | |
| 46. | | | | | Buy<br>(add'l) | 08/07/19 | K | | |
| 47. | | | | | Sold<br>(part) | 09/13/19 | M | G | |
| 48. | | | | | Buy<br>(add'l) | 12/03/19 | L | | |
| 49. Schwab US Large Cap Growth ETF<br>(SCHG) | B | Dividend | N | T | Buy<br>(add'l) | 05/13/19 | L | | |
| 50. | | | | | Buy<br>(add'l) | 08/14/19 | L | | |
| 51. Schwab US Large-Cap ETF (SCHX) | B | Dividend | L | T | Buy<br>(add'l) | 08/14/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 09/17/19 | M | G | |
| 53. First TST NASDAQ 100 Tec ID Fund (QTEC) | A | Dividend | | | Sold | 06/13/19 | K | D | |
| 54. Boston Partners Long Short Res I (BPIRX) | | None | | | Sold | 04/12/19 | M | | |
| 55. IRA #2 (H) | | | | | | | | | |
| 56. Schwab Bank Sweep (cash) (X) | A | Interest | K | T | | | | | |
| 57. Schwab US Dividend Equity Fund (SCHD) | B | Dividend | K | T | | | | | |
| 58. Brokerage Acct #2 (H) | | | | | | | | | |
| 59. iShares Core S&P 500 ETF (IVV) | B | Dividend | M | T | | | | | |
| 60. Vanguard Dividend Appreciation Fund (VIG) | A | Dividend | K | T | Sold<br>(part) | 07/30/19 | J | C | |
| 61. | | | | | Sold<br>(part) | 07/30/19 | K | D | |
| 62. FMI Large Cap Fund (FMIHX) | D | Dividend | M | T | | | | | |
| 63. Schwab Fundamental Intl Large Co Index (SFNNX) | B | Dividend | K | T | Sold<br>(part) | 04/12/19 | K | | |
| 64. | | | | | Sold<br>(part) | 07/30/19 | K | | |
| 65. Vanguard 500 Index Fd Admiral SHRS (VFIAX) | B | Dividend | M | T | | | | | |
| 66. Brokerage Acct #3 (H) | | | | | | | | | |
| 67. Schwab Cash Sweep (SWXXX) (cash equivalent) (Y) | | | | | | | | | |
| 68. Ishares Core S&P ETF (IJH) | C | Dividend | N | T | Buy | 01/02/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 05/13/19 | L | | |
| 70.   Schwab US Broad Market ETF (SCHB) | C | Dividend | M | T | Buy<br>(add'l) | 05/13/19 | L | | |
| 71.   Schwab US Large-Cap Value ETF (SCHV) | D | Dividend | M | T | Buy<br>(add'l) | 05/13/19 | J | | |
| 72. | | | | | Sold<br>(part) | 07/30/19 | K | C | |
| 73. | | | | | Buy<br>(add'l) | 05/13/19 | L | | |
| 74.   Schwab US Small-Cap ETF (SCHA) | A | Dividend | L | T | | | | | |
| 75.   Diamond Hill Long Short Fund Cl I<br>(DHLSX) | E | Dividend | N | T | | | | | |
| 76.   Vanguard 500 Index Fd Admiral SHRS<br>(VFIAX) | C | Dividend | N | T | Buy<br>(add'l) | 05/13/19 | K | | |
| 77.   Boston Partners Long Short Research Inst<br>Fund (BPIRX) | | None | | | Sold<br>(part) | 02/19/19 | L | | |
| 78. | | | | | Sold<br>(part) | 04/12/19 | M | | |
| 79. | | | | | Sold<br>(part) | 04/24/19 | K | | |
| 80. | | | | | Sold | 07/05/19 | L | A | |
| 81.   Parametric Tax Mgd. Emerging Mkts. Instl.<br>Fund (EITEX) | | None | | | Sold<br>(part) | 02/19/19 | L | B | |
| 82. | | | | | Sold | 10/10/19 | L | A | |
| 83.   IRA #3 (H) | | | | | | | | | |
| 84.   Schwab Bank Sweep (cash) | A | Interest | L | T | | | | | |
| 85.   iShares Core High (HDV) | A | Dividend | L | T | Buy | 10/03/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. iShares Core S&P 500 (IVV) | D | Dividend | O | T | Buy<br>(add'l) | 05/13/19 | L | | |
| 87. | | | | | Sold<br>(part) | 07/05/19 | M | E | |
| 88. | | | | | Buy<br>(add'l) | 10/03/19 | L | | |
| 89. Diamond Hill Long Short Fund (DHLSX) | C | Dividend | L | T | | | | | |
| 90. Schwab Fundamental Intl Large Co Index<br>(SFNNX) | B | Dividend | K | T | | | | | |
| 91. Boston Partners Long Short Research Inst<br>(BPIRX) | | None | | | Sold<br>(part) | 04/12/19 | L | | |
| 92. | | | | | Sold | 04/24/19 | L | | |
| 93. IRA #4 (H) | | | | | | | | | |
| 94. Schwab Bank Sweep (cash) | A | Interest | M | T | | | | | |
| 95. iShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | Buy<br>(add'l) | 05/09/19 | L | | |
| 96. | | | | | Sold<br>(part) | 09/13/19 | M | F | |
| 97. | | | | | Buy<br>(add'l) | 12/03/19 | L | | |
| 98. Schwab US Large Cap Value ETF (SCHV) | D | Dividend | N | T | Buy<br>(add'l) | 05/09/19 | K | | |
| 99. Vanguard Dividend Appreciation ETF<br>(VIG) | B | Dividend | N | T | Sold<br>(part) | 09/13/19 | M | F | |
| 100. | | | | | Buy<br>(add'l) | 12/03/19 | M | | |
| 101. Gateway Fund CL Y (GTEYX) | C | Dividend | N | T | | | | | |
| 102. Harding Loevner Inst Emrg Mkts Cl I<br>(HLMEX) | | None | | | Sold | 04/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Natixis Vaughan Nelson Value Opportunity Fund (VNVYX) | A | Dividend | | | Sold (part) | 02/19/19 | K | | |
| 104. | | | | | Sold | 04/12/19 | K | | |
| 105. Brokerage Acct #4 (H) | | | | | | | | | |
| 106. Large Cap Equity Managed Pool (SCGE1) | | None | K | T | Buy (add'l) | 01/03/19 | J | | |
| 107. | | | | | Sold (part) | 02/21/19 | K | B | |
| 108. | | | | | Sold (part) | 04/25/19 | J | A | |
| 109. | | | | | Sold (part) | 04/26/19 | J | A | |
| 110. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 111. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 112. | | | | | Sold (part) | 08/21/19 | J | A | |
| 113. Schwab Money Market Pool (SCGM1) | | None | L | T | Buy (add'l) | 01/03/19 | J | | |
| 114. | | | | | Sold (part) | 01/28/19 | J | A | |
| 115. | | | | | Sold (part) | 01/31/19 | J | A | |
| 116. | | | | | Buy (add'l) | 02/21/19 | L | | |
| 117. | | | | | Sold (part) | 04/26/19 | J | A | |
| 118. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 119. | | | | | Sold (part) | 05/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/23/19 | J | A | |
| 121. | | | | | Sold (part) | 05/30/19 | J | A | |
| 122. | | | | | Sold (part) | 07/24/19 | J | A | |
| 123. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 124. | | | | | Sold (part) | 08/21/19 | J | A | |
| 125. | | | | | Sold (part) | 11/08/19 | J | A | |
| 126. Schwab Fundamental US Large Co Index (SFLNX) | | None | | | Sold (part) | 01/02/19 | J | C | |
| 127. | | | | | Sold | 08/01/19 | K | E | |
| 128. Total Market Equity Index Pool (SCBP1) | | None | K | T | Buy (add'l) | 01/03/19 | J | | |
| 129. | | | | | Sold (part) | 02/21/19 | K | B | |
| 130. | | | | | Sold (part) | 04/26/19 | J | A | |
| 131. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 132. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 133. | | | | | Sold (part) | 08/21/19 | J | A | |
| 134. Brokerage Acct #5 (H) | | | | | | | | | |
| 135. Gateway Fund CL Y (GTEYX) | C | Dividend | N | T | | | | | |
| 136. Schwab Fundamental US Large Co Index (SFLNX) | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Katsas, Gregory G.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Vanguard 500 Index FD Admiral Shrs (VFIAX) | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory G. Katsas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544